**Exhibit A to the Complaint**

**Location:** Houston, TX  
**Total Works Infringed:** 117

**IP Address:** 99.99.239.21  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F461F77735B5063C269F7EC424855E700415ADCD File Hash: D9AE312C4E66AD38BD52DCCC1886EA3D115596168D996E127EECA7B64603C305 | 12/30/2020 12:57:00 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 2 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27 File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 12/26/2020 18:16:04 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 3 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79 File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12/25/2020 18:27:03 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 4 | Info Hash: CF126CE07726517AC88C56ECFD31B9796D0ED874 File Hash: 5D7DF978D25E0D2BED54FA3441BA95705DC94CF3C9854B2EC008762D9E7F2D5D | 12/22/2020 04:58:48 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 5 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 12/21/2020 19:39:48 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 6 | Info Hash: 21B9DD1AD65C9340920B31128D91CA3F85913384 File Hash: 607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 12/21/2020 19:39:21 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 7 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 12/09/2020 13:58:57 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 8 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 12/09/2020 13:58:52 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12/01/2020 05:13:56 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 10 | Info Hash: FEA375B2E4AF2936BEC2188E6EF63BE2A708183A<br>File Hash: C5FB0F224670F9761C63A61DC2B178EB1A7044421782B20D40C338D7AFE40778 | 11/27/2020 05:07:06 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 11 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 11/27/2020 04:39:59 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 12 | Info Hash: 04AE1F995EF6EA54AC6E7126FD02D2238FF9E95C<br>File Hash: 8D98A7DC0254DE492F6D0A4A0817E4C3623A0304254BD1B0A881F42823FB12DF | 11/25/2020 14:01:10 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 13 | Info Hash: 1809D57D2D5C8A110DB432826F6EF13CB753892E<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 11/25/2020 10:56:42 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 14 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 11/25/2020 10:54:58 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 15 | Info Hash: 41DF17AA331A3CE75E9CA818EDC75D225D44E4AE<br>File Hash: A5C52D68CAB30DA1E566E7B990744FEB2669056CB56609CEFE131E17C64CA303 | 11/18/2020 02:13:09 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 16 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11/16/2020 03:43:07 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 17 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11/10/2020 04:35:10 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E522C7980247A13A96E32357E46232F398486B45<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 11/06/2020 13:03:21 | Blacked Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |
| 19 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11/01/2020 05:38:46 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 20 | Info Hash: 8660054EE7A795DDB03182442FA59958414D414F<br>File Hash: 4797668E8D709EABD9299017D79B88A43AA328BDBA86AFEBC5675B4638A9D0B9 | 10/27/2020 13:04:29 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 21 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10/27/2020 12:58:11 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 22 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10/25/2020 19:25:36 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 23 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 10/21/2020 11:49:28 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 24 | Info Hash: 2944F925DE84B7AC5DC5F45666ECEC817632F11A<br>File Hash: FA7AE08F250A5B853FBB3C09EB682345E6DF3617E7F120D52CAA77FEE1154A60 | 10/15/2020 12:24:49 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 25 | Info Hash: AC0797D21F42B3363930AB90674B243D26BE7476<br>File Hash: C2884F21FFD7B585B594DD011A368E02E02754736805E2406DE854596FDB30DB | 10/11/2020 03:27:02 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |
| 26 | Info Hash: 59CFBA1C79527105EB8C0EB240F89A9B7522FFDA<br>File Hash: 5D3CD25875CDB1B4B43FBA3DFE14D30811D156C8819051FF50B46CC39CFAE426 | 10/09/2020 17:34:29 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 10/02/2020 11:12:49 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 28 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash: 3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 09/30/2020 14:59:22 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 29 | Info Hash: 46BB176456B6FAED37E8E0F5601E6D803F4494CE<br>File Hash: A723898E3804C044A68C4BBB45FFFA9111A143DEE68C3BB8C37BFC93A08588B8 | 09/30/2020 14:59:09 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 30 | Info Hash: FEED4D62F14EFED62FAD941167FB225618248803<br>File Hash: A44E37EF51CBEBFE3A95C17EBC952A887FCC9C72E3BF56564D142E7DE148C43B | 09/28/2020 10:17:00 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 31 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09/23/2020 11:46:27 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 32 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09/17/2020 02:01:25 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 33 | Info Hash: 072105FEA607F3E759556051163C21406CB7CCEF<br>File Hash: 841215FC9C1168ADE3BA7DEDC0E78AFE85E3719FD95067EBBDF327F36E078CA3 | 09/10/2020 08:14:17 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 34 | Info Hash: 272AE355DD63AD6D0DF9310116E0C630E658E3C9<br>File Hash: 1CF149C7C823AEFCD96B5802E83947D591816FD8B0E4DDD3A41A622763A998CD | 09/10/2020 07:58:14 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 35 | Info Hash: A697DE308520A74A35929A48D834E6A10747F054<br>File Hash: E98EEB1CEBB5F4BA67D942F05E6F6E135F62514064E14609286EC7AA031F1F42 | 09/10/2020 04:56:51 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 09/10/2020 02:31:39 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 37 | Info Hash: BA30B53822ED234D66D8970D2A9644206D2575B6<br>File Hash: A08512E14D1F5C943AC430F8904BF348C18A546FBC52FE1B6A36D22A6D04A3D8 | 09/10/2020 02:19:36 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 38 | Info Hash: 501F5C2CAD7233BF6E4725AB85BD0E3C6AB03204<br>File Hash: 394742F758F3BC00F2F0BC9AFC4B7F3632CF934FFF18975B49FBF6E42BBC474E | 09/06/2020 01:36:11 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 39 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 09/05/2020 22:04:49 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 40 | Info Hash: 81E555C6FF2380F80E2121E94A5B05C347608F4E<br>File Hash: 6621F2F8BA3B7ECC7F041B7B624B63210959A41615363561D1EC49D1EFEFEE6E | 09/05/2020 21:45:41 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 41 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash: 3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 09/05/2020 21:38:05 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 42 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash: 9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 09/05/2020 21:37:00 | Blacked Raw | 08/17/2020 | 09/05/2020 | PA0002255472 |
| 43 | Info Hash: 6AFA067BE094CCF677B1C0C137687BC2BE3314CC<br>File Hash: BE7DD4213F25B3524CBD5F74C235656475652B4A68DFF73E4DC7EBDD2A5AA1E6 | 09/05/2020 21:32:56 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 44 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 09/05/2020 19:46:37 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 5C4A3BC7AC5899B767E52F595E19A19088B4507C<br>File Hash: 141AFAEAA65A9F9D7601D0A63E1E8DCBD311E0742F24E55E4FD5F447F24E5A95 | 09/05/2020 19:41:50 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 46 | Info Hash: 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23<br>File Hash: 8F6C453740B37D5E62E645F7B122857B20C711154CF03D4597B1C3C020D30F52 | 09/05/2020 19:40:17 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 47 | Info Hash: A19FBD9C5C79A4A9B580431608E41CC80E3C8B96<br>File Hash: B29E4EA8C29833057854DAFB738624AB50CC2DF9643A694B9247E1DAB08D2BE6 | 08/31/2020 12:44:09 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |
| 48 | Info Hash: 44879CA5156C6B94FAB93A6D4FD160ABB8689D82<br>File Hash: 8813814E8DF5A47074C41B0A60494F957BB41B4C3FE7226DA5AE46719DE78A69 | 08/31/2020 12:28:40 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 49 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 08/26/2020 11:11:25 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 50 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash: E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 08/23/2020 20:28:10 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 51 | Info Hash: 72A1E3BF06A14C51D5B94015C5BB3C509B381699<br>File Hash: 3592A9D20AC5312D6034B66F17F68545754793226D2FE6F46E570F43593032E2 | 08/17/2020 02:01:51 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 52 | Info Hash: C8EA4C81D0BA9146B21C99E49FA2B67803572522<br>File Hash: 2DE5971985FC32A984C05282A04F1E1B8836147FF59C47D553CCC202657C6ABC | 08/07/2020 21:41:21 | Blacked Raw | 08/03/2020 | 08/31/2020 | PA0002265631 |
| 53 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 07/16/2020 03:44:08 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 633C61C8C943824C1FF5E8E3107FBA4396A8E399<br>File Hash: 5A31EAC85A367E7A384C7E6E14BE4BD021E487171F4A91616E348962A2353AE1 | 07/16/2020 02:32:44 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 55 | Info Hash: CBB775C8E18D7CF49C7D4023561FCD3BF791FCC1<br>File Hash: A8EB9CE47F8D943BEC380599C0BDBB56B7BD12D87F5717C45F2A8DAFCA1725A1 | 07/13/2020 12:37:44 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 56 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 07/13/2020 12:29:47 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 57 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 07/13/2020 12:26:12 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 58 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 07/13/2020 12:16:23 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 59 | Info Hash: 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE<br>File Hash: 9BE67B021A11DC3292BCE207B18A2311A31D90B10A04F549569DC1E091AE7C9A | 07/13/2020 08:56:22 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 60 | Info Hash: D2CA1ED2F9CD823B1CC12E2D0DC3EDA429044AD9<br>File Hash: EA9B8460ADDD0855A89899A99F12661EB18713BC90B4C7D474A53655CEC4E45D | 07/13/2020 05:04:26 | Vixen | 07/03/2020 | 07/16/2020 | PA0002248578 |
| 61 | Info Hash: 6A894BF3E216F8344B43B3F4799B2A8986EAF94A<br>File Hash: 9D02C0BA9033BBD10B7BB3713FB983F35DCE843C71E4DCE4AF498318F002A56C | 07/13/2020 02:42:41 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 62 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 07/09/2020 16:30:47 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07/09/2020 16:11:30 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 64 | Info Hash: FE5B9EFC4BF17A8689721558696ED93FCC6EB9E2<br>File Hash: 8E0DCB59EE4296031AE1C10776D4FD542F63A966F253937709FF7D1ABCB0C5EE | 07/09/2020 16:00:00 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 65 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 07/09/2020 15:56:27 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 66 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 07/09/2020 12:59:24 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 67 | Info Hash: C5BD516247FF628F7645ADCA07A7CDD4DD3D6DC8<br>File Hash: D00EF2C34ACAC962E2C8123FAA174DF86CC3BDD389233C14F4146FE6762E65DB | 07/08/2020 02:52:29 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 68 | Info Hash: 59BBB32A1C085F460AAFB1329242C36691D072A1<br>File Hash: 4EAF5419CA409C379D27B8AB3A4A07121E433977C9A6F7ACB185636117A544BE | 07/06/2020 04:09:33 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 69 | Info Hash: D8CC6A6F0DF7DE99DDC5578221F7EC1AD4AC5EEF<br>File Hash: 65AE39881C3A823068E1F574C4C80C562AEB52A9CF86F284D76BD8B8B2B19C5A | 07/06/2020 04:07:17 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 70 | Info Hash: 93AC77760BE262244F8C30B7A064ACFD0E95E6CE<br>File Hash: FBAE5708BFF78E82C93645127539E317BF61BF277C83A6EFE162EE772C4C01B9 | 07/06/2020 03:22:56 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 71 | Info Hash: D08758B050D32B8F04BDE6EF48D17F4BC2D1EA64<br>File Hash: C1EEFD2AC9DFEFF6009205030DFC6621C0DF001561AEEEA4B0E726206B1A3DDD | 06/24/2020 12:06:28 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash: 5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 06/07/2020 12:51:44 | Blacked Raw | 06/01/2020 | 06/25/2020 | PA0002255508 |
| 73 | Info Hash: 96127ED926E5751F78E60FF117D75F59E918CF27<br>File Hash: 3313A2993842C3CF965B06B55DFCB0348C061AE23EE7F1B73DFA0DD56BC67635 | 05/21/2020 11:01:51 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 74 | Info Hash: EB0DA6D71894CC4746C233179D18D793CBD4CFF4<br>File Hash: D97F51D033F074A6BDC685F950D6680BF94A566A048DB9BB6131513E87777ADF | 05/21/2020 01:54:48 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 75 | Info Hash: 17B1792C83AEBC91585F95157D74A5375A45D307<br>File Hash: A29E60835180E18203D9B7E6FB317C457E09F8B5BD30EA86E96ECF283140F5EE | 05/21/2020 01:51:45 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 76 | Info Hash: F5671C5EB64DB460D6A111E4E72E1C94653BDC7E<br>File Hash: 98B954F70CB825DA3CF1BDE5D1B35E3B40DD10D12A7FBB96A2EDEDCDB2AEC556 | 05/15/2020 12:07:16 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 77 | Info Hash: A4A8ECB69272EAABF6B5FFE4772BDA1969E8D348<br>File Hash: 2556B7D5CEC4E30191EA92A20BBECC62690509BF652B77B0B3BDA88CB75CC8BA | 05/12/2020 12:00:43 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 78 | Info Hash: A5E2FF8CAA12942544C29BD0244B85D1B73B46B6<br>File Hash: 1198A2F1701BB22DDBA0D5FA6A3004BB9706BD1F11D3438D00B123676D790983 | 05/09/2020 12:31:27 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 79 | Info Hash: A89525172FC31E96791A5091366B3B562DA0B84A<br>File Hash: 0CDA5CCDAFE5575B8E276087327E1AFEC6F0B082EA403AAB311A31CE1FC576B2 | 05/02/2020 17:16:48 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 80 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 05/02/2020 12:51:22 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: FB957BE898DADD1186C0FBB70DB37E77ECE5DB1A<br>File Hash: CCAEE38FA77AF2583E0D24BB6FDDE76B89ED6A93A5DE0DA59C65887835A13ED7 | 05/02/2020 01:56:11 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 82 | Info Hash: 158258B1A19235075D5BC7E77F3979BEFC8EABAC<br>File Hash: 037BC9199F675896966EB45A0CD7C67067E44A288EB1A864191DC16D31938F2A | 04/30/2020 03:27:45 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 83 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 04/26/2020 07:14:26 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 84 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04/26/2020 03:15:59 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 85 | Info Hash: 5FAD5594FE08DB19A522B5FE69ACEC5092BCE70E<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04/23/2020 12:19:31 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 86 | Info Hash: 2ADE8763346FFA11FC1395267FDA45ACC89C677C<br>File Hash: CAC816B88E76CA37F722E7F92736C38A9916269EB659FEA2E78918D83D06D7D8 | 04/19/2020 19:50:47 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 87 | Info Hash: 7AD6A72BFDEDA24E20C694235BC17B4AEA087AC0<br>File Hash: 1C8B566709A6E2E177D0330E48D1C6A44B3D46A059472356D19FC9F056D5F9BA | 04/19/2020 04:16:58 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 88 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash: EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 04/18/2020 21:10:23 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 89 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 04/18/2020 20:58:47 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 4A73BB5D1D6C9CB1E7384CFB453363D873EC1FCB<br>File Hash: BB404DA4195C6D9282C6093B60C9B8046659DC36FCDAD786021D100EF3754066 | 04/18/2020 20:53:45 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 91 | Info Hash: CB67C5E36454FF28F98F9B877FF3D3A6F8A16825<br>File Hash: C544D9ADBF7314162342E2D4F7B61EEB76B52924589173E2885D9240E9C42CFD | 03/31/2020 04:45:04 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 92 | Info Hash: 31E81561C9124E13B62E297E8BA8EFC046F4E4CB<br>File Hash: 985174F43E94EA29814DE89FA76B5B0E48828ECFA3C0617219FCD6D39C8D8AC0 | 03/31/2020 02:49:02 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 93 | Info Hash: 9F410EE0B644BE4B869592CBFBDC2FF2A7B113F1<br>File Hash: DFA3628D47EE50975B52AE957D247CB50F462E80FE75D56ACBE7708F928BC128 | 03/09/2020 10:47:13 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 94 | Info Hash: E8872783C21C5279829C2E3308ADBD663024982C<br>File Hash: 851815009B495D851AB102854AEA131A4BA79B5768D62C179A89F06ACF150425 | 03/07/2020 20:47:56 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 95 | Info Hash: 82436EAFDF48792CF47621B781FA69AA5FAADB57<br>File Hash: F8D6062FFC7255ADBD5C4711A9322BC982C2D9EF8438DBEB19F6B6544A1E7AF7 | 02/01/2020 16:12:14 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 96 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 01/28/2020 04:08:27 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 97 | Info Hash: BA5992EF282C95F2A6CBE045F25C6D39F676D617<br>File Hash: C06A6609E3EF1D9957596CFF60D813DE7EEA47C713B60D115BB80DA4BB8BC5D2 | 01/26/2020 03:59:22 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 98 | Info Hash: E84318F2F7FB9B4CDF76506BA67BC638FF1ECDCF<br>File Hash: 45A7F9EA7AC61A98A01FD9E9FFC5D770FAAD93AE5242172539E1F9585799486C | 01/26/2020 03:52:42 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 5956C4B75F5FBD1561CAEC5B99FDD5DB570EC143<br>File Hash: CE3950083625FC694420029B3210A87A36EE57359C9762A77005134665524EE0 | 01/19/2020 20:31:15 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 100 | Info Hash: 6AA4BC268B903D1CE4924A2D2B7B5C73BC1AC25A<br>File Hash: A8079DB0255807AB536B860486D4B69629BD2F12FC8F9C98696FA5EBB685FF59 | 01/05/2020 14:58:44 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 101 | Info Hash: E026F7DBD8FC557247431DAF73EEA9E382803233<br>File Hash: B311983D67431D096E0FB432D193B0F018C8CDF5A86100A558F528C1B19E62BF | 12/19/2019 03:52:49 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 102 | Info Hash: 56D1321650F135AA0536F12541D9AA760B8E16B8<br>File Hash: 9365C58ABBC1FFFC0D05AFBA6BB763C1BB84B1CB6894D2137B361158A0C4F454 | 10/29/2019 03:42:43 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 103 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash: 5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 10/29/2019 03:29:33 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 104 | Info Hash: 8A1D9DC830035EF97C2ECC602F4DCB17E1D44B89<br>File Hash: CCF004421849DF960CE4D9E7AA0C223C1579C169AEB3980A1A710E325E9508EF | 09/26/2019 20:29:38 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 105 | Info Hash: F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2<br>File Hash: 9A63B663DD43205E88F862BBC956987D0E51AE9C368621C6C3BEC154DFE58488 | 09/02/2019 23:58:32 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 106 | Info Hash: AEA87D5C85EFA1D10BE6A428492BB824528DDCD8<br>File Hash: A3C565434D11B127F4B51C978A07BE5B05307A2A7703B40C17CE89016E5C72F4 | 07/04/2019 13:07:30 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 107 | Info Hash: 8BAA7354CC5AFD6E269E8C369938227383E59491<br>File Hash: 065DEFBD8ABF2482DF47DEC15B4F06702AE1945A24E1A76CCD46B976FDC9C66F | 07/04/2019 03:09:42 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 5D4B24F528EC384D06D1C79AE6D631E1BF6EA548<br>File Hash: 6B377452BD5EFC4AB37C48308CB477A51D935FFDE510FA53519C7705D42A8050 | 07/04/2019 03:08:06 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 109 | Info Hash: F15F24EFD8657D4D22B14C43216671E759C4F11C<br>File Hash: 285DB018D2E861373F1CC2EDCE74E0FC7F9A6C84CB5D2369BBD052A6B9116FCE | 06/06/2019 02:12:19 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 110 | Info Hash: 37169DE42EF502B42C2088D3ECF0802222968CF8<br>File Hash: 66625FDB14947F60BCA7159CF845D2F1DB1D6AEB657389B2E30DC51728758817 | 05/31/2019 10:08:00 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 111 | Info Hash: 65A75CE9821EA98BFBAEB30CBF5C2BF166A38031<br>File Hash: 39B4A1796DF80A11E4D211A21467C3DB1785D2DA6F5753FDD3B711C42784F2D3 | 05/23/2019 03:25:28 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 112 | Info Hash: 60B1F250443CE8ACAC6E4BE6DAE670CBFA489E11<br>File Hash: FB280D4E4BD80003A52850DBAB2E75549DAF6C43FF93E3FB1D3110DEBCB4ACED | 05/23/2019 03:06:51 | Tushy | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 113 | Info Hash: 1F93E1813574FF9ED7DE428E274DA9BB43405B3A<br>File Hash: 25177C4FC319B0B1EC24AA868F525742611FA2B797EA4FE24362FAF884673458 | 05/22/2019 10:32:15 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 114 | Info Hash: 9056884C30C82FB1042FF114F99861A89E0DE773<br>File Hash: B5C21FBE0BB888F404368F4D4EC1FDD6A99ABEFBF4D4CE1BC41BAEAF82C574D7 | 05/19/2019 14:21:55 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 115 | Info Hash: 3A4D2EE9DB40C2ADEFD16616620191B11BDD304E<br>File Hash: 363C5CB01E3C5E525C120E20028EED67482E9D579F0E76270A55AFBA3C30DDAB | 05/19/2019 14:19:52 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 116 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 05/12/2019 03:36:06 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4<br>File Hash: F21E9548AB0C5E16975FFC58376333C59E66BC315D487F173E604E6027D5AA47 | 03/26/2019 02:28:20 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |