United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-1014 |
| JOHN DOE, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 2nd day of June, 2021.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE